

FILED

14 MAR 21 PM 2:35

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RICHARD HERNANDEZ,<br><br>                    Petitioner,<br><br>vs.<br><br>DANIEL PARAMO, et al.,<br><br>                    Respondents. | CASE NO. 13-CV-1217 BEN (BLM)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(3) DENYING CERTIFICATE OF APPEALABILITY**<br><br>[Docket No. 12] |

      Petitioner Joel Richard Hernandez, a state prisoner proceeding *pro se*, filed the instant Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Docket No. 1). Respondent filed a Response on September 4, 2013. (Docket No. 6). Petitioner filed a traverse on October 29, 2013. (Docket No. 11).

      On February 12, 2014, Magistrate Judge Barbara Lynn Major issued a thoughtful and thorough Report and Recommendation recommending that the Petition be denied. (Docket No. 12). Any objections to the Report and Recommendation were due March 7, 2014. (*Id.*) Neither party filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

      A district judge "may accept, reject, or modify the recommended disposition" of

a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

After a de novo review, and in the absence of any objections, the Court fully **ADOPTS** Judge Major's Report and Recommendation. The habeas petition is **DENIED**. The Court **DENIES** a certificate of appealability because the issues are not debatable among jurists of reason and there are no questions adequate to deserve encouragement. *See Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). The Clerk of Court shall enter judgment denying the Petition.

**IT IS SO ORDERED.**

DATED: March 21, 2014

HON. ROGER T. BENITEZ
United States District Judge